IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MICHAEL E. WILLIAMS,

                                                                                                             ORDER

                       Plaintiff,

                                                                                     10-cv-433-bbc

     v.

GREGORY GRAMS, JANEL NICKEL,
DALON RADTKE, LORI ALSUM,
STEVE HELGERSON, DR. DALIA SULIENE,
MARY LEISER and PAUL KETARKUS,

                     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     On August 9, 2010, the court issued an order in this case that required plaintiff to pay an initial partial payment of $159.45. Now, plaintiff has written to say that the institution's business office needs an order directing it to take this payment from his release account.

     If plaintiff does not have the money to make the initial partial payment in his regular account, he will have to arrange with prison authorities to pay some or all of the assessment from his release account. The only amount plaintiff must pay at this time is the $159.45 initial partial payment. Before prison officials take any portion of that amount from

1

plaintiff's release account, they may first take from plaintiff's regular account whatever amount up to the full amount plaintiff owes. Plaintiff should show a copy of this order to prison officials to insure that they are aware they should send plaintiff's initial partial payment to this court.

ORDER

IT IS ORDERED that plaintiff Michael Williams's initial partial payment of $159.45 may be deducted from his release account as provided herein and submitted to the court not later than September, 15, 2010.

Entered this 27th day of August, 2010.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge