IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL E. WILLIAMS,

     Plaintiff,

                                          JUDGMENT IN A CIVIL CASE

  v.
                                            10-cv-433-bbc

GREGORY GRAMS, JANEL NICKEL,
DYLON RADTKE, LORI ALSUM,
STEVE HELGERSON,
DR. DALIA SULIENE, MARY LEISER
and PAUL KETARKUS,

     Defendants.

---

     This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants dismissing this case with prejudice.

_____     _____

       Peter Oppeneer, Clerk of Court                Date